Robert HENDERSON, Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 03–7228.

United States Court of Appeals, Federal Circuit.

DECIDED: Nov. 5, 2003.

### ORDER

Robert Henderson submits a letter stating "I hereby withdraw my appeal." We treat Henderson's submission as a motion to voluntarily dismiss his appeal.